IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:20CR320-1 |
| JOHN ANDREW RAPSKY | : | |

The United States Attorney charges:

On or about November 3, 2016, in the County of Chatham, in the Middle District of North Carolina, JOHN ANDREW RAPSKY, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

_____
MATTHEW G.T. MARTIN
United States Attorney

_____
STEPHEN T. INMAN
Assistant United States Attorney